UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    ECF CASE
-------------------------------------------------------------------------------x
ATSUSHI MORI, YOKO OGURA, and KAYOKO                             No. 1:10-cv-6465-BSJ
ORITA,

                              Plaintiffs,

   -against                                                                      **NOTICE OF APPEARANCE**

MAMORU SAITO, TAKAHITO SAKAGAMI, TETSUYA
HASHIKURA, AMIWORLD, INC., EBOA LTD, JASB
OF NEW YORK CORPORATION, ODIN ENERGY NY
CORPORATION, ODIN PETROLEUM CORPORATION,
ODIN ENERGY CORPORATION, ODIN PETROIL S.A.,
BANK OF THE ATLANTIC, LTD., and TSUKUYOMI
CORPORATION,

                              Defendants.
-------------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the following Defendants hereby appear in the above-entitled action by the undersigned attorney:

                    Takahito Sakagami
                    Amiworld, Inc.
                    EBOA, Ltd.
                    JASB of New York Corporation
                    ODIN Energy NY Corporation
                    ODIN Petroleum Corporation

Dated:  New York, New York
          Oct. 13, 2010

                    **GUSRAE, KAPLAN, BRUNO &**
                     **NUSBAUM PLLC**

                By: _____/s/_____
                    Brian D. Graifman (BG5636)
                    *Attorneys for Certain Defendants*
                    120 Wall Street
                    New York, NY 10005
                    212-269-1400

Amiworld/TF9464