UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ATSUSHI MORI, et al.,                           :

               Plaintiffs,          :       **ORDER**

     -v.-                                       :       10 Civ. 6465 (BSJ)(GWG)

                                                  :

MAMORU SAITO, et al.,                           :

             Defendants.          :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

    In light of the unusually large number of allegations and counts in the amended complaint, the request to extend the time to respond is granted. Any responsive pleading by a served defendant shall be filed on or before May 16, 2011.[1]

    With respect to plaintiffs' requests for costs pursuant to Fed. R. Civ. P. 4(d)(2), any motion for such costs may be made after the filing of a responsive pleading by the defendant at issue. The pre-motion conference requirement is waived for any such motion. However, prior to filing the motion, plaintiffs' counsel must confer with counsel for the relevant party to determine if agreement can be reached without the need for filing the motion.

    Plaintiffs' letter also seeks an order "requiring counsel to accept service" for certain foreign defendants. The Court is unaware of the legal basis for such an order. If there is one, it may be presented by formal motion.

---

[1] There shall be no extensions of this deadline absent extraordinary circumstances not now foreseeable. Any such application would have to be presented by formal motion, accompanied by a summary of contemporaneous time records, showing that counsel worked diligently to meet the deadline.

SO ORDERED.

Dated: March 11, 2011
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge