```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ATSUSHI MORI, et al.,                          :

              Plaintiffs,                      :     ORDER

       -v.-                                    :     10 Civ. 6465 (BSJ)(GWG)

                                               :

MAMORU SAITO, et al.,                          :

              Defendants.                      :

------------------------------------------------------------------x
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

     The Court is in receipt of a letter dated March 18, 2011 from defendants' counsel seeking a pre-motion conference with respect to defendants' proposed motion to disqualify plaintiff's counsel. The letter, as well as the December 22, 2010 letter it references, provide little authority for believing this motion would be successful; but the Court will not deny defendants the opportunity to make such a motion, provided they can do so consistent with Fed. R. Civ. P. 11. Accordingly, the pre-motion conference requirement is waived. The motion shall be filed within 14 days. The remaining schedule shall be in accordance with paragraph 2.B of this Court's Individual Practices.

     SO ORDERED.

Dated: March 21, 2011
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge