UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    ECF CASE
-----------------------------------------------------------------------x
ATSUSHI MORI, et al.,                                            10-cv-6465-BSJ-GWG

                Plaintiffs,

     -against-                                               **NOTICE OF MOTION**
                                                                                  **TO DISQUALIFY**
MAMORU SAITO, et al.,                                            **PLAINTIFFS' COUNSEL**

                Defendants.
-----------------------------------------------------------------------x

| | |
|---|---|
| **MOTION BY:** | Defendants Takahito Sakagami; Amiworld, Inc.; EBOA, Ltd.; JASB of New York Corp.; ODIN Energy NY Corp.; and ODIN Petroleum Corp. |
| **RELIEF DEMANDED:** | Disqualification of plaintiffs' counsel, Florence Rostami, Esq. and Florence Rostami Law, LLC and such other relief as to the Court seems proper. |
| **GROUNDS FOR RELIEF:** | Rule 4.2 of the New York State Professional Conduct Rules. |
| **SUPPORTING PAPERS:** | Declaration of Brian D. Graifman, executed April 4, 2011, with exhibits thereto; and brief in support, dated April 4, 2011. |
| **BRIEFING SCHEDULE:** | By agreement of the parties, opposition papers due April 20, 2011; reply papers due April 28, 2011. |
| **PRE-MOTION AUTHORIZATION:** | Magistrate Judge Gorenstein's Order of March 21, 2011. |

Dated: New York, New York
       April 4, 2011

                                         **GUSRAE, KAPLAN, BRUNO &**
                                          **NUSBAUM PLLC**

                              By: _____/s/_____
                                Brian D. Graifman (BG5636)
                                *Attorneys for Certain Defendants*
                                120 Wall Street
                                New York, NY 10005
                                212-269-1400

Amiworld/7478